NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

AUXIN SOLAR INC., CONCEPT CLEAN ENERGY, INC.,
*Plaintiffs-Appellees*

v.

UNITED STATES, ET AL.,
*Defendants-Appellants*

---

2025-2120, 2026-1072

---

Appeals from the United States Court of International Trade in No. 1:23-cv-00274-TMR, Judge Timothy M. Reif.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the unopposed Motion of Defendants-Appellants American Clean Power Association, Canadian Solar (USA), Inc., Canadian Solar International Limited, Solar Energy Industries Association, JA Solar USA, Inc., JA Solar Vietnam Company Ltd., JA Solar Malaysia Sdn. Bhd., JA Solar International Ltd., NextEra Energy, Inc., BYD (H.K.) Co., Ltd., BYD America LLC, Invenergy Renewables LLC, Invenergy Solar Equipment

Management LLC, Trina Solar (U.S.) Inc., Trina Solar (Vietnam) Science & Technology Co., Ltd., Trina Solar Energy Development Co. Ltd., Trina Solar Science & Technology (Thailand) Ltd., Risen Solar Technology Sdn. Bhd., Boviet Solar Technology Co., Ltd., Boviet Solar USA., Ltd., Jinko Solar (U.S.) Industries Inc., JinkoSolar (U.S.) Inc., Jinko Solar Technology Sdn. Bhd., Jinko Solar (Malaysia) Sdn. Bhd., JinkoSolar (Vietnam) Co., Ltd., JinkoSolar Holding Co., Ltd., Jinkosolar Middle East DMCC, Jinkosolar (Vietnam) Industries Co. Ltd., and JinkoSolar Investment Ltd., fka Jinkosolar Technology Ltd., to consolidate the above-captioned appeals,

IT IS ORDERED THAT:

The motion is granted. The appeals are consolidated, and thus one set of briefs should be filed for both appeals. The revised official caption is reflected in this Order. Appellants' opening briefs are due December 22, 2025.

FOR THE COURT

November 7, 2025
Date

Jarrett B. Perlow
Clerk of Court