IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

|  |  |  |
|---|---|---|
| AUXIN SOLAR INC., CONCEPT CLEAN ENERGY, INC., | ) ) ) ) | |
| Plaintiffs-Appellees, | ) ) | |
| v. | ) ) | Nos. 2025-2120, 2026-1072 |
| UNITED STATES, *et al.*, | ) ) ) | |
| Defendants-Appellants. | ) ) ) | |

## APPELLANTS' UNOPPOSED MOTION TO DISMISS APPEAL NO. 2026-1072

Pursuant to Federal Rule of Appellate Procedure 42(b), defendants-appellants – the United States, the United States Department of Commerce, United States Customs and Border Protection, Secretary of Commerce Howard Lutnick, and Commissioner Rodney Scott (collectively, the Government appellants) – respectfully move to withdraw their notice of appeal and to voluntarily dismiss appeal No. 2026-1072 with each party to bear its own attorney fees and costs. Because the Court previously consolidated appeal No. 2026-1072 with appeal No. 2025-2120 (ECF No. 7), the Government appellants also respectfully request that the Court deconsolidate these two appeals for the purpose of dismissing appeal No. 2026-1072 only. This motion does not request any dismissal of appeal no. 2025-2120, which is being

maintained by other parties.[1] The undersigned counsel for the Government appellants has been advised that counsel for all other parties in these appeals either consent to, or do not oppose, this motion.

                                      Respectfully submitted,

                                      BRETT A. SHUMATE
                                      Assistant Attorney General

                                      PATRICIA M. McCARTHY
                                      Director

                                      TARA K. HOGAN
                                      Assistant Director

                                      /s/ Douglas G. Edelschick
                                      DOUGLAS G. EDELSCHICK
                                      Senior Trial Counsel
                                      Commercial Litigation Branch
                                      Civil Division
                                      U.S. Department of Justice
                                      P.O. Box 480
                                      Ben Franklin Station
                                      Washington, DC 20044
                                      Telephone: (202) 353-9303

---

[1] The defendants-appellants in appeal No. 2025-2120 are: American Clean Power Association; Canadian Solar (USA) Inc.; Canadian Solar International Limited; Solar Energy Industries Association; JA Solar USA, Inc.; JA Solar Vietnam Company Limited; JA Solar Malaysia Sdn. Bhd.; JA Solar International Limited; NextEra Energy, Inc.; BYD (H.K.) Co., Ltd.; BYD America LLC; Invenergy Renewables LLC; Invenergy Solar Equipment Management LLC; Trina Solar (U.S.) Inc.; Trina Solar (Vietnam) Science & Technology Co., Ltd.; Trina Solar Energy Development Company Limited; Trina Solar Science & Technology (Thailand) Ltd.; Risen Solar Technology Sdn. Bhd.; Boviet Solar Technology Co., Ltd.; Boviet Solar USA, Ltd.; Jinko Solar (U.S.) Industries Inc.; JinkoSolar (U.S.) Inc.; Jinko Solar Technology Sdn. Bhd.; Jinko Solar (Malaysia) Sdn. Bhd.; JinkoSolar (Vietnam) Co., Ltd.; JinkoSolar Holding Co., Ltd.; Jinkosolar Middle East DMCC; Jinkosolar (Vietnam) Industries Company Limited; and JinkoSolar Investment Limited.

January 30, 2026  Attorneys for Defendants-Appellants United States, United States Department of Commerce, United States Customs and Border Protection, Secretary of Commerce Howard Lutnick, and Commissioner Rodney Scott

CERTIFICATE OF COMPLIANCE

This motion complies with the typeface and type-style limitations of Fed. R. App. P. 27(d)(1)(E), 32(a)(5), and 32(a)(6), because and it was prepared in a proportionally spaced typeface, 14 point Garamond font, using Microsoft Word 365. This motion also complies with the length limitations of Fed. R. App. P. 27(d)(2) because it contains 283 words.

          /s/ Douglas G. Edelschick

CERTIFICATE OF SERVICE

I hereby certify that, on this 30th day of January, 2026, I caused a copy of the foregoing document to be served on all counsel of record by operation of the Court's ECF system.

          /s/ Douglas G. Edelschick