NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AUXIN SOLAR INC., CONCEPT CLEAN ENERGY, INC.,**

*Plaintiffs-Appellees*

**v.**

**UNITED STATES, DEPARTMENT OF COMMERCE, HOWARD LUTNICK, Secretary of Commerce, UNITED STATES CUSTOMS AND BORDER PROTECTION, RODNEY S. SCOTT, Commissioner of U.S. Customs and Border Protection,**

*Defendants*

**AMERICAN CLEAN POWER ASSOCIATION, CANADIAN SOLAR (USA), INC., CANADIAN SOLAR INTERNATIONAL LIMITED, SOLAR ENERGY INDUSTRIES ASSOCIATION, JA SOLAR USA, INC., JA SOLAR VIETNAM COMPANY LTD., JA SOLAR MALAYSIA SDN. BHD., JA SOLAR INTERNATIONAL LTD., NEXTERA ENERGY, INC., BYD (H.K.) CO., LTD., BYD AMERICA LLC, INVENERGY RENEWABLES LLC, INVENERGY SOLAR EQUIPMENT MANAGEMENT LLC, TRINA SOLAR (U.S.) INC., TRINA SOLAR (VIETNAM) SCIENCE & TECHNOLOGY CO., LTD., TRINA SOLAR ENERGY DEVELOPMENT CO. LTD., TRINA SOLAR SCIENCE & TECHNOLOGY (THAILAND) LTD., RISEN SOLAR TECHNOLOGY SDN. BHD., BOVIET SOLAR TECHNOLOGY CO., LTD., BOVIET SOLAR USA., LTD., JINKO SOLAR (U.S.)**

**INDUSTRIES INC., JINKOSOLAR (U.S.) INC.,
JINKO SOLAR TECHNOLOGY SDN. BHD., JINKO
SOLAR (MALAYSIA) SDN. BHD., JINKOSOLAR
(VIETNAM) CO., LTD., JINKOSOLAR HOLDING
CO., LTD., JINKOSOLAR MIDDLE EAST DMCC,
JINKOSOLAR (VIETNAM) INDUSTRIES CO. LTD.,
JINKOSOLAR INVESTMENT LTD., fka Jinkosolar
Technology Ltd.,**
*Defendants-Appellants*

————————————

2025-2120

————————————

Appeal from the United States Court of International
Trade in No. 1:23-cv-00274-TMR, Judge Timothy M. Reif.

————————————

**ON MOTION**

————————————

Before REYNA, *Circuit Judge*.

**O R D E R**

Upon consideration of appellants' unopposed motion to
exceed the standard word limit for the opening brief by
4,500 words (to 18,500 words), ECF No. 37,

IT IS ORDERED THAT:

The motion is granted.  The opening brief, not to exceed 18,500 words, is due no later than seven days from the date of entry of this order.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

March 23, 2026
            Date